# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN SHAWN HODGE

NO. 2019 KW 1418

JAN 0 6 2020

In Re:     Steven Shawn Hodge, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 19-MISD-120609.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.** The records of the Livingston Parish Clerk's Office reflect that the state nol-prossed the case on December 3, 2019.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.